IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JOSE MANUEL LEMA LEMA, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. EP-26-CV-268-KC |
| § | |
| PAMELA BONDI et al., § | |
| § | |
| Respondents. § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On February 12, 2026, the Court granted in part Jose Manuel Lema Lema's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision, by February 19. Feb. 12, 2026, Order 6, ECF No. 5. Respondents have now informed the Court that Lema has been granted a $5,000 bond. Status Report, ECF No. 6.

It appears that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 1; Feb. 12, 2026, Order. Accordingly, **the Clerk shall close the case**. To the extent Lema wishes to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED**.

SIGNED this 21st day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE